**Elgin W. HANDY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27981.**

Court of Criminal Appeals of Texas.

Jan. 25, 1956.

Henry Taylor, Jr., Temple, for appellant.

Raymond Thornton, Dist. Atty., Belton, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, six years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.